IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUETTE HANDY,

    Plaintiff,                      No. CIV S-08-2765 LKK DAD P

    vs.

DEBRINA WILLIAMS, et al.,

    Defendants.               <u>ORDER</u>

                               /

         Plaintiff has requested a forty-five-day extension of time to respond to defendant Williams' First Set of Requests for Production of Documents. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's August 14, 2009 motion for an extension of time (Doc. No. 21) is granted; and

         2. Plaintiff is granted forty-five days from the date of service of this order in which to respond to defendant Williams' First Set of Requests for Production of Documents.

DATED: August 19, 2009.

                                       /s/ Dale A. Drozd
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

DAD:9
hand2765.36disc(2)