IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUETTE HANDY,

    Plaintiff,                    No. CIV S-08-2765 LKK DAD P

    vs.

DEBRINA WILLIAMS, et al.,

    Defendants.             ORDER

_____/

    Defendant Williams has filed a motion for summary judgment relying in part on plaintiff's deposition testimony. Defendant Williams has not, however, lodged a copy of plaintiff's entire deposition transcript with the court. See Local Rule 133(j).

    Good cause appearing, IT IS HEREBY ORDERED that within fifteen days of the date of this order defendant Williams shall lodge a copy of plaintiff's deposition transcript with the court.

DATED: March 8, 2010.

                                                  _____
                                                  DALE A. DROZD
DAD:9                                          UNITED STATES MAGISTRATE JUDGE
hand2765.depo

1